# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-00366-MOC-DSC

| | |
|---|---|
| ANDREW W. CURRIE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE PHOENIX INSURANCE )<br>COMPANY, et. al., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on Defendants' "Motion to Dismiss" (document #11) filed June 20, 2013; and Plaintiff's "Amended Compliant" (document #19) filed August 14, 2013. This matter was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1).

Rule 15 of the Federal Rules of Civil Procedure governs amendments to pleadings. Rule 15(a)(1) grants a party the right to "amend its pleading once as a matter of course," if done within twenty-one (21) days after serving the pleading, Fed. R. Civ. P. 15(a)(1)(A), or, "if the pleading is one to which a responsive pleading is required," a party may amend once as a matter of course, provided that it does so within "21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(B). The Rule further provides that "leave [to amend the pleadings] shall be freely given where justice so requires." Fed.R.Civ.P. 15(a).

Plaintiff timely sought and received two extensions of his deadline to respond to the Motion to Dismiss.  <u>See</u> documents ## 13, 14, 16 and 17.

On August 13, 2013, Defendants filed a "Notice of Consent to Amend Complaint [and] Amended Complaint" (document #18).  Plaintiff filed his "Amended Complaint" (document #19).

It is well settled that an amended pleading supersedes the original pleading, and that motions directed at superseded pleadings are to be denied as moot.  <u>Young v. City of Mount Ranier</u>, 238 F. 3d 567, 573 (4th Cir. 2001) (amended pleading renders original pleading of no effect); <u>Turner v. Kight</u>, 192 F. Supp. 2d 391, 397 (D. Md. 2002) (denying as moot motion to dismiss original complaint on grounds that amended complaint superseded original complaint).

**IT IS HEREBY ORDERED** that:

1. Defendants' "Motion to Dismiss" (document #11) is administratively **DENIED** as moot without prejudice.

2. The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>.

**SO ORDERED**.

Signed: August 14, 2013

David S. Cayer
United States Magistrate Judge