UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00366-MOC-DSC

| | | |
|---|---|---|
| **ANDREW W. CURRIE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **THE PHOENIX INSURANCE COMPANY, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on plaintiff's Objections (#32) to the Memorandum and Recommendation (#30) and defendants' Reply (#35). Having considered the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Objections (#32) to the Memorandum and Recommendation (#30) and defendants' Reply (#35) are calendared for hearing January 15, 2014, at 11 a.m.

Signed: November 26, 2013

Max O. Cogburn Jr.
United States District Judge